## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Joseph A. Finnegan IV,

        Debtor.

Case No. 19-13130-amc

Chapter 13

### Supplemental Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the debtor.

2. This Court previously approved an application for compensation for counsel fees in the amount of $4,000.00.

3. Applicant requests an award of supplemental compensation of $300.00 for 1.00 hours expended in providing the following services (hourly rates of $350 per attorney hour and $125 per paralegal hour):

| Work Completed | By Whom | Hours |
| --- | --- | --- |
| Drafted modified chapter 13 plan | Attorney | 1.00 |

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: August 22, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com