# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph A. Finnegan, IV,<br><br>                  *Debtor.* | Case No. 19-13130-AMC<br>Chapter 13 |

## Certificate of No Response

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed at ECF No. 68 on August 22, 2024.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before September 5, 2024.

Date: September 18, 2024

                                          /s/ Michael A. Cibik
                                          Michael A. Cibik (#23110)
                                          Cibik Law, P.C.
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          mail@cibiklaw.com