**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph A. Finnegan, IV                                    Case No. 19-13130
　　　　　　Debtor(s)

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.* Certification Regarding Domestic Support Obligations (check no more than one)

　　Pursuant to 11 U.S.C. Section 1328(a), I certify that:

　　[✓] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

　　[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.* If you checked the second box, you must provide the information below.

　　My current address: _____

　　My current employer and my employer's address: _____

*Part III.* Certification Regarding Section 522(q) (check no more than one)

　　Pursuant to 11 U.S.C. Section 1328(h), I certify that:

　　[✓] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

　　[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV.* Debtor's Signature

　　I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: Aug 21, 2024                          _____
　　　　　　　　　　　　　　　　　　　　　Joseph A. Finnegan, IV (Aug 21, 2024 09:15 EDT)
　　　　　　　　　　　　　　　　　　　　　Joseph A. Finnegan, IV, Debtor

*\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*