United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13130-amc

Joseph A. Finnegan, IV                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

**Recip ID              Recipient Name and Address**
db                        #+  Joseph A. Finnegan, IV, 617 3rd Avenue, Deptford, NJ 08096-6619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

**Name                              Email Address**

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
     on behalf of Debtor Joseph A. Finnegan  IV help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
     on behalf of Creditor American Honda Finance Corporation  d/b/a Honda Financial Services as administrator for Honda Lease Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0313-2                                    User: admin                                              Page 2 of 2

Date Rcvd: Dec 03, 2024                                Form ID: 195                                       Total Noticed: 1

WILLIAM EDWARD CRAIG

on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Servcies  administrator for Honda Lease Trust
wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Joseph A. Finnegan, IV : Case No. 19−13130−amc
      Debtor(s)

### ORDER

_____

    AND NOW, this day , December 3, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court